Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
19, 2003









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00671-CV

____________

 

IN RE WALLACE B. CLARK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 11, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks his release on bond in cause number 939,690, pending in the 174th
District Court of Hararis County, Texas, or
alternatively, to compel the Harris County District Clerk=s office to file his petition for
writ of habeas corpus.[1]  Relator has not
demonstrated he is entitled to the mandamus relief requested.

Accordingly, we deny relator=s petition for writ of mandamus.

PER CURIAM








Petition Denied
and Memorandum Opinion filed June 19, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman. 

 











[1]  Relator filed a petition for writ of habeas corpus under
article 11.07 of the Texas Code of Criminal Procedure, which concerns post-conviction
habeas petitions.